JN/ABS:SWR
F. #2019R01247

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE OF MOTION |
| - against - | Criminal Docket No. 1:20-cr-00314 (RRM)(RER) |
| JAEWOOK CHOI, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

    PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JAEWOOK CHOI's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: Brooklyn, New York
    August 19, 2020

                SETH D. DuCHARME
                Acting United States Attorney
                Eastern District of New York

          By: */s/ Sarah Wilson Rocha*
             Sarah Wilson Rocha
             Trial Attorney
             Criminal Division, Fraud Section
             (718) 254-6366

Cc: Clerk of the Court
   Joseph Potashnik, Esq.